E-FILED
Friday, 03 October, 2008 09:43:07 AM
Clerk, U.S. District Court, ILCD

# CJA 23 FINANCIAL AFFIDAVIT

Rev. 5/98 IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

FILED
OCT - 2 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**IN UNITED STATES** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF ______ V.S. ______

FOR ______

AT ______

LOCATION NUMBER ______

PERSON REPRESENTED (Show your full name): Jason Isaacson

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other ______

DOCKET NUMBERS
Magistrate ______
District Court 08-10081
Court of Appeals ______

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**

Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed

Name and address of employer: Kappa Kabbawa

**IF YES,** how much do you earn per month? $ 1,280

**IF NO,** give month and year of last employment ______ How much did you earn per month? $ ______

If married is your Spouse employed? ☐ Yes ☒ No

**IF YES,** how much does your Spouse earn per month? $ ______

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ______

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

| RECEIVED | SOURCES |
|---|---|
| $ | |
| | |
| | |

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No **IF YES,** state total amount $ ______

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| | |
| | |
| | |
| | |

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
X SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them ______

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: / Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| VISA | $ 2,000 | $ |
| RENT | $ | $ 100 |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10/2/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) X

s/ Defendant