E-FILED
Wednesday, 06 May, 2009 02:28:42 PM
Clerk, U.S. District Court, ILCD

To Judge McDade

I am writing this letter on the behalf of Jason A. Isaacson, his a very fine boy that never gotten into trouble with anyone, he's always helped his mother he's always helped people in need when ever someone needed help he was their he likes working, his always helping his family out more way then one, I hope this letter helps in any way possible

Mr & Mrs
Ron Kaufman